No. 99–10228. YOUNG v. CATOE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–10229. BOWMAN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–10230. BIBBS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–10231. REED v. OHIO. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 99–10232. HAIRSTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–10233. HARRIS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–10234. TAI TAN DUONG ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–10235. GOODRICH v. FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.

No. 99–10236. HALE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–10238. HOLLOMAN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 99–10239. GALLO v. GILMORE. C. A. 7th Cir. Certiorari denied.

No. 99–10240. HANKS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–10241. HUSBAND v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–10244. HOLMES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.